UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON S. CLARKE,<br><br>Defendant. | NO. CR07-288-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

A detention hearing was set for July 19, 2012 before the undersigned Magistrate Judge. The United States was represented by Assistant United States Attorney Sarah Vogel and the defendant by Nancy Tenney.

The defendant had been charged and convicted of Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846.  On or about June 12, 2008, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 27 months in custody, to be followed by 48 months of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse program, financial disclosure, no firearms, search/seizure, no new credit and no alcohol.

In a Petition for Warrant or Summons, dated April 13, 2012, U.S. Probation Officer Matthew D. McDaniel asserted the following violations by defendant of the conditions of his

supervised release:

1. Failing to report for urinalysis testing on February 7, 16, 21, March 14, 16, and 19, and April 2, 2012, in violation of a special condition of supervised release.

2. Using marijuana and heroin on or about March 25, 2012, in violation of standard condition of supervised release number seven.

3. Failing to participate in substance abuse treaetment as directed by the probation officer on or before April 13, 2012, in violation of a special condition of supervised release.

4. Failing to report to the probation officer as directed on April 11 and 12, 2012, in violation of standard condition of supervised release number three.

On July 16, 2012, defendant made his initial appearance. The defendant was advised of the allegations and of his rights. On July 19, 2012, this matter came before the Court for a detention hearing. At the detention hearing, Defendant admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on August 28, 2012 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 20th day of July, 2012.

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Robert S. Lasnik
      AUSA:                   Sarah Vogel
      Defendant's attorney:   Nancy Tenney
      Probation officer:      Matthew D. McDaniel

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2